## THE PEOPLE *against* RUNKEL and others.

A *certiorari*, to remove an in-dictment for a forcible entry and detainer to this court, is grantable of course, at the in-stance of the de-fendant, without showing special cause.

THIS was a case of an indictment, for a forcible en-try and detainer, before justices of the peace, (See act, sess. 11. c. 6.) which had been removed to this court by *certiorari.*

*Rodman* now moved to quash the *certiorari.* He said, this court had a discretion, as to granting *certioraris* to inferior courts; and that, in this case, it should not be granted, without special cause. He cited 1 *Bac. Abr.* 558. tit. *Certiorari. Hawk. P. C.* c. 27. s. 27, 28. 1 *Salk.* 144. 149, 150, 151. 1 *Vent.* 63. 1 *Mod.* 41. 2 Lord *Raym.* 937. 2 *Term Rep.* 83. 4 *Vin. Abr.* 352. 4 *Burr.* 2456. Though when the prosecutor moves for a *certiorari*, it goes of course; yet it is never granted to the defendant, unless he shows special grounds.

2

*H. Bleecker*, contra.

ALBANY,
August, 1810.

*Per Curiam.* The granting the *certiorari*, to remove the proceedings, is as much a matter of course, as the granting of a *habeas corpus*. Where the right to the possession of land is in question, the party has a right to have it tried in this court.